Melissa Newel (CA SB#148563)
NEWEL LAW
2625 Alcatraz Ave., Suite 132
Berkeley, CA 94705
(510) 316-3827
mnewel@newellawfirm.com

Attorney for Plaintiff
RAUL RANGEL

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUL RANGEL,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | No. 1:26-cv-05567-SKO<br><br>**STIPULATION AND UNOPPOSED MOTION FOR BRIEFING EXTENSION; ORDER**<br><br>(Doc. 11) |

On July 17, 2026, Plaintiff Raul Rangel filed a civil action for judicial review of the defendant Commissioner of Social Security's decision denying his application for Social Security disability insurance benefits under Title II of the Social Security Act. (ECF Doc. 1) The Defendant responded to Plaintiff's Complaint on September 17, 2026. (ECF Doc. 10) Plaintiff's motion for summary judgment is due to be filed on or before October 19, 2026. (ECF Doc. 4, p.2:16-17)

Pursuant to this Court's Scheduling Order, Plaintiff seeks an extension of thirty (30) days to file his motion. (ECF Doc. 4 at p. 3:20-21) This is Plaintiff's first request for an extension of time. Plaintiff's counsel seeks the extension due to unanticipated out-of-state travel and time away from

the office in connection with a family member's terminal illness. Plaintiff's counsel was not involved at the administrative level of Mr. Rangel's claim and the Certified Administrative Record lodged with the Court by the Defendant totals almost 3,000 pages. (ECF Doc.10) "[S]ocial security disability cases are often highly fact-intensive and require careful review of the administrative record, including complex medical evidence." *Costa v. Comm'r. of Soc. Sec. Admin*., 690 F.3d 1132, 1134 at n.1 (9th Cir. 2021). The Defendant has no objection to the requested extension.

Dated: October 13, 2026

Respectfully submitted,
NEWEL LAW

By: *Melissa Newel*

Melissa Newel
Attorney for Plaintiff
RAUL RANGEL

Dated: October 13, 2026

ERIC GRANT
United States Attorney
MATHEW W. PILE
Head of Program Litigation 1
Social Security Administration

By: Erin Jurrens*
ERIN JURRENS
Special Assistant United States Attorney
Attorney for Defendant
*(*authorized by email dated 10/13/2026*)

**ORDER**

Good cause having been shown (Fed. R. Civ. P. 16(b)(4)), IT IS ORDERED that Plaintiff shall be granted an extension of time of thirty (30) days to file his Opening Brief. The Opening Brief shall be filed on or before **November 18, 2026,** and all deadlines set forth in the Scheduling Order (Doc. 4) are modified accordingly.

IT IS SO ORDERED.

Dated: **October 14, 2026**

/s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE